AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANTONIO DANIEL CASAREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 MJ 9685_
_08 CR 2918 W_

I, <u>ANTONIO DANIEL CASAREZ</u>, the above named defendant, who is accused of

committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _8/28/08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.



FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Antonio Casarez
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer